ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Chenega Global Services, LLC | ) ASBCA No. 63011 |
| | ) |
| | ) |
| Under Contract No. N62645-11-D-5002 | ) |

APPEARANCE FOR THE APPELLANT:    Stowell B. Holcomb, Esq.
    Jackson Holcomb LLP
    Seattle, WA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Julia P. Hatch, Esq.
    Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: October 28, 2021

JOHN J. THRASHER
Chairman
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63011, Appeal of Chenega Global Services, LLC, rendered in conformance with the Board's Charter.

Dated: October 28, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals